# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS UPSHAW, ) | |
| ) | Civil Action No. 2: 18-cv-1578 |
| Petitioner, ) | |
| ) | United States District Judge |
| v. ) | Nora Barry Fischer |
| ) | |
| ERIC TICE, Superintendent; DISTRICT ) | |
| ATTORNEY OF ALLEGHENY COUNTY, ) | |
| and ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

**AND NOW**, this 6th day of June, 2019, in accordance with the foregoing Memorandum Opinion issued on this date, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED** as untimely.

Inasmuch as reasonable jurists would not find it debatable whether the instant petition is untimely and that no grounds for equitable tolling exist, **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

The Report and Recommendation filed on May 10, 2019 (ECF No. 16), as supplemented by the Memorandum Opinion issued on this date, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge


cc: MARCUS UPSHAW
JW-8748
SCI-SMITHFIELD
P.O. BOX 999
1120 PIKE STREET
HUNTINGDON, PA 16652
(via U.S. First Class Mail)

Ronald M. Wabby, Jr.
Office of the District Attorney
(via CM/ECF electronic notification)